**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In re:                                                    Chapter 11

CHARTWELL INTERNATIONAL INC.,          Case No. 10-          (CGM)

                        Debtor.
-------------------------------------------------------------X

## LOCAL RULE 1007-2 AFFIRMATION

Imre Eszenyi affirms the following information is true, under penalty of perjury.

1. I am the President of debtor Chartwell International Inc.. I submit this affirmation in accordance with Local Rule 1007-2.

2. Debtor is not actively conducting any business, . Debtor's primarily business focus until January 24, 2008 was on the transportation and disposal of non-hazardous solid waste as well as the transportation of other commodities. The business strategy was based in part on the expectation that energy costs would rise, making alternative means of transportation prohibitively expensive. Unfortunately, energy costs decreased. Subsequent to January 24, 2008 and until March 31, 2009 Debtor was providing limited rail-based transportation of commodities. It had, until January 24, 2008, been pursuing a growth strategy through acquisitions of assets, properties, and access rights that could be combined and strategic relationships with those companies that focus on waste by rail services, rail transportation logistics, and disposal options, including landfill management. Debtor's business strategy proved unsuccessful. By March 31, 2009 Debtor agreed to sell substantially all of the assets used in connection with operating the railroad freight transportation business and no longer had any active operations in rail transportation

3. There are no members of, or attorneys for, any committee organized prior to the order for relief in the chapter 11 case.

4. The list of unsecured creditors is annexed hereto

5. The list of secured creditors is annexed hereto

6. Debtor's assets include (i) certain real property located in Lawrence and Scioto Counties in southern Ohio and the mineral rights thereto, and (ii) all of the shares in a subsidiary corporation which owns 7.8 linear miles of real property is located in the County of Orange, NY   Debtor's assets total approximately $1,368,000 and its liabilities total approximately $5,282,000

.7. Debtor has one class of common stock, and a class of preferred stock.

8. Debtors books and record are located c/o Chartwell International Inc.. 7637 Leesburg Pike, Falls Church VA 22403.   There are no assets of Debtor held outside the territory of the United States.

9. The is no action or proceeding, pending or threatened, against the debtor or its property where a judgment against the debtor or a seizure of its property may be imminent

10.  I am the sole individual who comprises debtor's existing senior management. I own approximately  158,585 shares of Debtor

Dated:  August 16, 2010

/s/ Imre Eszenyi

Imre Eszenyi